**Federal Bureau of Prisons**

*Consolidated Legal Center - Allenwood*

P.O. Box 1500
White Deer, PA 17887

August 7, 2003

FILED
SCRANTON

AUG 1 1 2003

PER _____
DEPUTY CLERK

Mary E. D'Andrea, Clerk of Court
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmunds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

    Re:  MARABLE, Ronald - Reg. No. 13561-016
        1:01-CV-00407, 1:01-CV-00385, 1:00-CV-01473 and
        1:99-CV-00242

Dear Ms. Edmunds:

I have been informed that the above-referenced inmate has been transferred from the United States Penitentiary (USP) Allenwood, Pennsylvania, to the United States Medical Center for Federal Prisoners (USMCFP) Springfield, Missouri. A complete copy of inmate Marable's PLRA materials were sent to USMCFP Springfield.

Your point of contact at USMCFP Springfield will be Dennis Bitz, , Attorney. The address is as follows:

    U.S. Medical Center for Federal Prisoners    (417) 837-1710
    1900 W. Sunshine, P O Box 4000
    Springfield, MO 65801-4000

If I may be of further assistance, please do not hesitate to contact me at (570) 547-1990, extension 4119.

                            Sincerely,

                            Michelle Mertz
                            Legal Assistant

cc: D. Bitz, Attorney